# Schwartz Ettenger PLLC

Experience you need. Results you want.

631-777-2401  Fax: 631-777-2402
445 Broad Hollow Road, Suite 205, Melville, NY 11747

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/2023

September 11, 2023

MEMO ENDORSED

**VIA ECF**
Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Conference adjourned to 9/28/2023 @ 10:45 a.m.

Re:  *De la Cruz v. Salcedo Cargo Express*
     Case No. 23-cv-03716

Colleen McMahon
9/11/2023

Dear Judge McMahon:

As you are aware, our office represents Defendants regarding this matter. We recently assumed the defense of this matter. The Court has scheduled a conference for September 15, 2023 and I have an unavoidable conflict. I have spoken with opposing counsel, and we would like to adjourn the conference to the 28th or 29th of September if the Court is available.

We thank you in advance for your cooperation.

Very truly yours,

Jeffrey S. Ettenger

JSE:bs
Enc.

L:\Salcedo Cargo Express\De la Cruz v. Salcedo\9.11.23,Ltr to Court re Conference.docx