USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: X 1/28/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GREGORIO DE LA CRUZ and RAUL MARTE, individually and
on behalf of all others similarly situated,

                        Civil Action No.
                        1:23-cv-03716-CM

           Plaintiff,

-against-

SALCEDO CARGO EXPRESS, INC. and MARGITT CANAAN,

           Defendants.
-----------------------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**WHEREAS,** on May 3, 2023, Plaintiffs filed a Complaint which asserts claims pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"); the New York Labor Law ("NYLL"); and 26 U.S.C. § 7434;

**WHEREAS,** the parties reached a settlement of this action and Plaintiffs' claims through arms' length negotiations and court mandated mediation, and have entered into a Settlement Agreement and Release, filed on the Court's docket (the "Agreement"), formally memorializing the parties' settlement;

**WHEREAS,** the terms of the Agreement, which are incorporated herein by reference, have been reviewed and scrutinized by the Court and are approved and considered a fair and reasonable resolution of, *inter alia*, a bona fide dispute over a provision or provisions of the FLSA; the NYLL; and/or time worked, and the employment relationship; and

**WHEREAS,** this Court shall retain jurisdiction to enforce the terms of the Agreement;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties, and ordered by this Court, that this action be hereby dismissed and discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of

Civil Procedure. A copy of the signatures on this Stipulation serve the same purposes as an original signature.

Dated: New York, New York

Dated: January 8, 2025                                  Dated: January 28, 2025

_____                         /s/ Jeffrey S. Ettenger
Katherine Morales                                       Jeffrey S. Ettenger
KATZ MELINGER PLLC                                      SCHWARTZ ETTENGER, PLLC
370 Lexington Avenue, Suite 1512                        445 Broadhollow Road, Suite 205
New York, New York 10017                                Melville, NY 11747
T: 212.460.0047                                         T: 631-777-2401
kymorales@katzmelinger.com                              jse@selawny.com
*Attorneys for Plaintiffs*                              *Attorneys for Defendants*

So Ordered:

_____
1/28/2025

4